# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

RONALD McGEE, as personal representative of the
estate of Kwon McGee, a deceased minor infant,

Appellant,

v.

ECKERD YOUTH ALTERNATIVES, INC., d/b/a
ECKERD CONNECTS also d/b/a ECKERD KIDS; and
LUTHERAN SERVICES FLORIDA, INC.,

Appellees.

No. 2D22-4080
_____

February 7, 2024

Appeal from the Circuit Court for Pasco County; Susan G. Barthle,
Judge.

Gregory K. Showers of the Law Office of Gregory K. Showers, PLLC,
Clearwater, for Appellant.

Jason M. Azzarone, Jeffrey M. Goodis and Patrick D. Wier of LaCava
Jacobson & Goodis, P.A., Tampa, for Appellee Eckerd Youth Alternatives,
Inc., d/b/a Eckerd Connects, also d/b/a Eckerd Kids.

No appearance for remaining Appellee.


PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and LABRIT, JJ., Concur.

—————————————————————

Opinion subject to revision prior to official publication.